IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Ravella T

Printed: 1/8/08

Case Number: 06 B 11155
Judge: Goldgar, A. Benjamin
Filed: 9/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 20, 2007
Confirmed: October 31, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,500.00 |  |
| Secured: |  | 2,277.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 222.60 |
| Other Funds: |  | 0.00 |
| Totals: | 4,500.00 | 4,500.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,000.00 | 2,000.00 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | Franks Auto Sales | Secured | 0.00 | 0.00 |
| 4. | Mortgage Clearing Corp | Secured | 24,245.84 | 2,277.40 |
| 5. | Illinois Dept of Revenue | Priority | 25.84 | 0.00 |
| 6. | Internal Revenue Service | Priority | 200.00 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 160.81 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 30.00 | 0.00 |
| 9. | CB USA | Unsecured | 6.00 | 0.00 |
| 10. | CB USA | Unsecured | 7.00 | 0.00 |
| 11. | T Mobile USA | Unsecured | 20.26 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 10.00 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 86.01 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 85.82 | 0.00 |
| 15. | Crescent Recovery | Unsecured | 2,225.33 | 0.00 |
| 16. | B-Real LLC | Unsecured | 175.23 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 147.80 | 0.00 |
| 18. | Palisades Acquisition LLC | Unsecured | 221.33 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 16.78 | 0.00 |
| 20. | Jefferson Capital | Unsecured | 123.52 | 0.00 |
| 21. | United States Dept Of Education | Unsecured | 546.64 | 0.00 |
| 22. | Jefferson Capital | Unsecured | 90.46 | 0.00 |
| 23. | Internal Revenue Service | Priority |  | No Claim Filed |
| 24. | Thomas R Hitchcock | Priority |  | No Claim Filed |
| 25. | Asset Acceptance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Ravella T

Printed: 1/8/08

Case Number: 06 B 11155
Judge: Goldgar, A. Benjamin
Filed: 9/7/06

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Ameritech | Unsecured | No Claim Filed |
| 27. | Bay Area Credit Services | Unsecured | No Claim Filed |
| 28. | Citibank | Unsecured | No Claim Filed |
| 29. | Blatt Hasenmiller Leisker | Unsecured | No Claim Filed |
| 30. | Blitt & Gaines | Unsecured | No Claim Filed |
| 31. | CB USA | Unsecured | No Claim Filed |
| 32. | BMG Music Service | Unsecured | No Claim Filed |
| 33. | Blatt Hasenmiller Leisker | Unsecured | No Claim Filed |
| 34. | Academy Collection Service | Unsecured | No Claim Filed |
| 35. | CB USA | Unsecured | No Claim Filed |
| 36. | Allied Interstate | Unsecured | No Claim Filed |
| 37. | Credit Bureau Accts Collections & Servs | Unsecured | No Claim Filed |
| 38. | Comcast | Unsecured | No Claim Filed |
| 39. | CBCS | Unsecured | No Claim Filed |
| 40. | Credit Protection Association | Unsecured | No Claim Filed |
| 41. | Credit Management Service | Unsecured | No Claim Filed |
| 42. | Encore | Unsecured | No Claim Filed |
| 43. | ERS | Unsecured | No Claim Filed |
| 44. | City Of Carbondale | Unsecured | No Claim Filed |
| 45. | ERS | Unsecured | No Claim Filed |
| 46. | Fredrick Hannah & Assoc | Unsecured | No Claim Filed |
| 47. | ICS | Unsecured | No Claim Filed |
| 48. | Marquette National Bank | Unsecured | No Claim Filed |
| 49. | Linebarger Goggan Blair & Simpson | Unsecured | No Claim Filed |
| 50. | Midland Credit Management | Unsecured | No Claim Filed |
| 51. | Nationwide Credit Service | Unsecured | No Claim Filed |
| 52. | Plaza Associates | Unsecured | No Claim Filed |
| 53. | NCC Business Services | Unsecured | No Claim Filed |
| 54. | NCO Financial Systems | Unsecured | No Claim Filed |
| 55. | Northwest Premium Services | Unsecured | No Claim Filed |
| 56. | Spiegel | Unsecured | No Claim Filed |
| 57. | Plaza Associates | Unsecured | No Claim Filed |
| 58. | Providian Financial | Unsecured | No Claim Filed |
| 59. | Receivables Management Inc | Unsecured | No Claim Filed |
| 60. | Synopsis Communication Inc | Unsecured | No Claim Filed |
| 61. | Southwest Credit Systems | Unsecured | No Claim Filed |
| 62. | Great Lakes Collection Bureau | Unsecured | No Claim Filed |
| 63. | Tex Collect/Colection Agency | Unsecured | No Claim Filed |
| 64. | Westmoreland Agency | Unsecured | No Claim Filed |
| 65. | First Consumers National Bank | Unsecured | No Claim Filed |
| 66. | Washington Mutual Bank FA | Unsecured | No Claim Filed |
| 67. | Leading Edge | Unsecured | No Claim Filed |
| 68. | Premier Auto Finance | Unsecured | No Claim Filed |
| 69. | Internal Revenue Service | Unsecured | No Claim Filed |

$ 30,424.67         $ 4,277.40

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Smith, Ravella T | Case Number:  06 B 11155 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  1/8/08 | Filed:  9/7/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 163.20 |
| 5.4% | 59.40 |
| | _____ |
| | $ 222.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

